HERMIONE J. COLLYER, Respondent, v. ALFORD M. COLLYER, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.